IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JOHN MICHAEL TEAT, | * |
| Petitioner, | * |
| vs. | * |
| TONY HENDERSON, Warden, | *   CASE NO. 3:07-CV-36 (CDL) |
| Respondent. | * |
| _____ | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 29, 2008 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 5th day of January, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE